| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| ___Southern___  District of ___New York___ |
| (State) |
| Case number (*if known*): _____ Chapter __11__ |

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | Branded Apparel Group LLC |

| | | | |
| --- | --- | --- | --- |
| 2. | **All other names debtor used in the last 8 years** | SXS Group LLC | |
| | Include any assumed names, trade names, and *doing business as* names | | |

| | | |
| --- | --- | --- |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 4 6 – 0 5 7 8 5 2 4 |

| | | | |
| --- | --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 141 West 36th Street | |
| | | Number        Street | Number        Street |
| | | 10th Floor | |
| | | | P.O. Box |
| | | New York        NY    10018 | |
| | | City        State    ZIP Code | City        State    ZIP Code |
| | | | **Location of principal assets, if different from principal place of business** |
| | | New York | 2602 East 37th Street |
| | | County | Number        Street |
| | | | |
| | | | Vernon        CA    90058 |
| | | | City        State    ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | |

| Debtor | Branded Apparel Group LLC | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_4_ _2_ _4_ _3_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    Branded Apparel Group LLC _____    Case number (if known) _____
　　　　　Name

---

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No

   ☐ Yes.    District _____    When _____    Case number _____
   　　　　　　　　　　　　　　　　MM / DD / YYYY

   　　　　　District _____    When _____    Case number _____
   　　　　　　　　　　　　　　　　MM / DD / YYYY

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No

    ☐ Yes.    Debtor _____    Relationship _____

    　　　　　District _____    When _____
    　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

    　　　　　Case number, if known _____

---

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    　　What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    　　　　　　　　　　　　　　Number　　　Street

    　　　　　　　　　　　　　　_____

    　　　　　　　　　　　　　　_____
    　　　　　　　　　　　　　　City　　　　　　　　　　　　State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

    　　　　　Contact name _____

    　　　　　Phone _____

---

**Statistical and administrative information**

---

| Debtor | Branded Apparel Group LLC | Case number (if known) |
|---|---|---|
| | Name | |

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/29/2020
MM  / DD / YYYY

✗ /s/ Gary Jacobs
Signature of authorized representative of debtor

Gary Jacobs
Printed name

Title  Member

| Debtor | Branded Apparel Group LLC | Case number (if known) |
|--------|---------------------------|------------------------|
|        | Name                      |                        |

**18. Signature of attorney**

✖ /s/ Paul H. Aloe
Signature of attorney for debtor

Date  10/29/2020
MM  / DD  / YYYY

Paul H. Aloe
Printed name

Kudman Trachten Aloe Posner LLP
Firm name

800 Third Avenue, 11th Floor
Number        Street

New York
City

NY        10022
State        ZIP Code

(212) 868-1010
Contact phone

paul@kudmanlaw.com
Email address

1921220
Bar number

NY
State

**Fill in this information to identify the case and this filing:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (*If known*):    _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  Income Statement, Cash Flow Statement, Balance Sheet, Tax Return

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/29/2020           ✗ /s/ Gary Jacobs
MM / DD / YYYY                      Signature of individual signing on behalf of debtor

                                    Gary Jacobs
                                    Printed name

                                    Member
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name Branded Apparel Group LLC

United States Bankruptcy Court for the: _____ Southern _____ District of New York _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 MERCHANT FACTORS CORP. 1441 BROADWAY, 22ND FLOOR NEW YORK, NY 10018 | | Factoring Facility | | $3,455,671.45 | $2,250,376.89 | $1,205,294.56 |
| 2 MERCHANT FACTORS CORP. 1441 BROADWAY, 22ND FLOOR NEW YORK, NY 10018 | | Limited Recourse Loan | Contingent Disputed | | | $1,300,000.00 |
| 3 MERCHANT FACTORS CORP. 1441 BROADWAY, 22ND FLOOR NEW YORK, NY 10018 | | Term Note | | | | $950,190.93 |
| 4 ORIENT INTERNATIONAL HOLDING SHANGHAI KNITWEAR IMP. & EXP. CO. LTD. ROOM 306, #2 EAST JINGLING ROAD SHANGHAI, CHINA | | Trade Payable | Disputed | | | $744,336.69 |
| 5 SILVER JACHS INC. 12 WEST 36TH ST., 11TH FL. NEW YORK, NY 10018 | | Trade Payable | | | | $379,726.23 |
| 6 JIANGSU SAINTY CORP. LTD. 3F, BUILDING B, 21 SOFTWARE AVENUE NANJING, CHINA | | Trade Payable | Disputed | | | $219,976.90 |
| 7 SMALL BUSINESS ADMINISTRATION 409 3RD STREET, SW. WASHINGTON, D.C. 20416 | | EIDL | | | | $150,000.00 |
| 8 NINGBO CHINA-BASE LANDHAU FOREIGN TRADE CO. LTD. ROOM 2001-2002 NO. 666 TIANTONG SOUTH ROAD YINZHOU DISTRICT, NINGBO, CHINA | | Trade Payable | Disputed | | | $139,357.36 |

| Debtor | Branded Apparel Group LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 BLR KNITS PVT LTD. 7TH MILE, HOSUR ROAD NEAR KADLU GATE BANGALORE, INDIA 560068 | | Trade Payable | | | | $115,550.50 |
| 10 SIGNATURE BANK 565 FIFTH AVENUE, 12TH FLOOR NEW YORK, NY 10017 | | PPP Loan | Contingent Disputed Unliquidated | | | $115,114.00 |
| 11 360 SOLUTIONS INC. 45 WEST 34TH STREET, SUITE 1001 NEW YORK, NY 10001 | Attn: Carl Danziger E-mail: carl@360solutioninc.com | Trade Payable | | | | $59,245.38 |
| 12 REGENTEX APPAREL LIMITED ROOM 1501, NO. 252 TIANDA LIJING PLAZA NINGBO, ZHEJIANG CHINA | E-Mail: archie@regentexapparel.com | Trade Payable | | | | $53,000.75 |
| 13 PROFITS FUND FASHION MANUFACTURING LTD. 23/F., TOWER 1, EVER GAIN PLAZA 88 CONTAINER PORT ROAD KWAI CHUNG, N.T., HONG KONG | | Trade Payable | | | | $45,386.47 |
| 14 U.S. CUSTOMS & BORDER PROTECTION 1300 PENNSYLVANIA AVE., NW WASHINGTON, D.C. 20229 | | Customs Duties | | | | $44,759.29 |
| 15 KJ SOCKS & INC. D-401, 700 PANGYO-RO, BUNDANG-GU SEONGNAM-SHI, GYEONGGI-DO KOREA, REPUBLIC OF SOUTH KOREA 13516 | | Trade Payable | | | | $26,629.85 |
| 16 AMETHYST SUIITS PRIVATE LIMITED THIPPANUR ROAD ST., PANNIMADAI VILLAGE COIMBATORE-641017 TAMILNADU, INDIA | | Trade Payable | | | | $26,250.00 |
| 17 QIMA LTD. 5/F, DAH SING LIFE BUILDING 99-105 DES VOEUX ROAD CENTRAL HONG KONG | E-Mail: accounting@qima.com | Trade Payable | | | | $24,870.00 |
| 18 TROFICOLOR TEXTEIS SA RUA DA MABOR, 117 4760-813, LOUSADO, B.N. FAMALIC PORTUGAL | | Trade Payable | Disputed | | | $23,078.97 |
| 19 INSIGHT PARTNERS, LLC 16 EAST 40TH STREET, SUITE 804 NEW YORK, NY 10016 | | Services | | | | $19,075.00 |
| 20 DHL EXPRESS USA INC. 16416 NORTHCHASE DRIVE HOUSTON, TX 77060 | | TRADE PAYABLE | | | | $15,627.57 |

BRANDED APPAREL GROUP LLC
INCOME STATEMENT
FOR THE NINE MONTHS ENDING SEPTEMBER 30, 2020

|  | Year to Date | |
|---|---:|---:|
| **REVENUES** | | |
| SALES - NON FACTORED | $    412,407.94 | 15.74 |
| SALES - FACTORED | 2,216,949.48 | 84.64 |
| CHARGEBACKS - UNALLOCATED | (10,009.33) | (0.38) |
| | | |
| TOTAL REVENUES | 2,619,348.09 | 100.00 |
| | | |
| | | |
| **COST OF SALES** | | |
| PURCHASES | 1,445,818.16 | 55.20 |
| DUTY | 201,218.98 | 7.68 |
| FREIGHT IN | 162,163.25 | 6.19 |
| CUSTOMS BROKERS FEE | 2,890.00 | 0.11 |
| LABELS, TRIM, UPC TKTS, ETC. | 2,599.00 | 0.10 |
| SHIPPING SUPPLIES | 22,349.91 | 0.85 |
| PRODUCT TESTING | 9,467.50 | 0.36 |
| COS - CHANGE IN INVENTORY | (135,615.00) | (5.18) |
| | | |
| TOTAL COST OF SALES | 1,710,891.80 | 65.32 |
| | | |
| GROSS PROFIT | 908,456.29 | 34.68 |
| | | |
| **EXPENSES** | | |
| ACCOUNTING | 2,500.00 | 0.10 |
| LEGAL | 47,659.46 | 1.82 |
| OUTSIDE SERVICES | 12,611.64 | 0.48 |
| FREELANCE DESIGN EXPENSE | 7,695.00 | 0.29 |
| DUES & SUBSCRIPTIONS | 602.36 | 0.02 |
| PUBLICATIONS | 162.71 | 0.01 |
| ADVERTISNG & PROMOTIONS | 5,754.89 | 0.22 |
| WEBSITE | 7,901.47 | 0.30 |
| SAMPLES | 49,676.74 | 1.90 |
| SHIPPING SUPPLIES | 8,891.51 | 0.34 |
| TRAVEL | 51,785.94 | 1.98 |
| LOCAL TRANSPORTATION | (30.20) | 0.00 |
| MEALS & ENTERTAINMENT | 28,600.23 | 1.09 |
| RENT | 100,959.23 | 3.85 |
| TELEPHONE | 12,792.29 | 0.49 |
| OFFICE EXPENSE | 12,020.34 | 0.46 |
| BANK FEES | 8,195.62 | 0.31 |
| CREDIT CARD FEES | (139.54) | (0.01) |
| REPAIRS & MAINTENANCE | 22,494.52 | 0.86 |
| MISCELLANEOUS EXPENSES | 4,224.28 | 0.16 |
| SHOWROOM EXPENSES | (300.00) | (0.01) |
| PROFESSIONAL FEES | 3,900.00 | 0.15 |
| INSURANCE - WORKERS COMP. | 4,067.95 | 0.16 |
| INSURANCE - GENERAL | 16,849.12 | 0.64 |
| INSURANCE - LIFE & AD & D | 192.40 | 0.01 |
| INSURANCE - MEDICAL | 47,464.16 | 1.81 |
| MESSENGERS & DELIVERY | 180.28 | 0.01 |
| EDI EXPENSE | 2,587.05 | 0.10 |
| MODELING AND PHOTO | 10,504.25 | 0.40 |
| MARKETING | 2,173.12 | 0.08 |
| WAREHOUSING & BACK OFFICE | 235,204.70 | 8.98 |
| POSTAGE & EXPRESS MAIL | 45,548.86 | 1.74 |
| SALARIES - MANAGEMENT | 130,162.50 | 4.97 |
| SALARIES- PRODUCTION/MERCHA | 45,000.00 | 1.72 |
| SALARIES - DESIGN | 62,572.95 | 2.39 |
| ROYALTY EXPENSE | 52,386.97 | 2.00 |
| PAYROLL SERVICE | 10,131.75 | 0.39 |
| SOC. SEC./MEDICARE EXPENSE | 17,232.77 | 0.66 |

FOR MANAGEMENT PURPOSES ONLY

BRANDED APPAREL GROUP LLC
INCOME STATEMENT
FOR THE NINE MONTHS ENDING SEPTEMBER 30, 2020

|  | Year to Date |  |
|---|---|---|
| FUTA EXPENSE | 271.56 | 0.01 |
| SUTA EXPENSE | 3,175.89 | 0.12 |
| CORPORATION  TAXES | 3,300.00 | 0.13 |
| GUARANTEE PAYMENT TO PARTN | 154,981.29 | 5.92 |
| FACTOR - COMMISSIONS | 23,753.17 | 0.91 |
| FACTOR - INTEREST | 209,681.47 | 8.01 |
| FACTOR - MISC. CHARGES | 13,538.25 | 0.52 |
| L/C COMMISSIONS & FEES | 758.95 | 0.03 |
| INTEREST EXPENSE | 287.81 | 0.01 |
| | | |
| TOTAL EXPENSES | 1,479,965.71 | 56.50 |
| | | |
| NET INCOME | $ (571,509.42) | (21.82) |

FOR MANAGEMENT PURPOSES ONLY

BRANDED APPAREL GROUP LLC
STATEMENT OF CASH FLOW
FOR THE NINE MONTHS ENDED SEPTEMBER 30, 2020

|  |  | **Year to Date** |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | |
| NET INCOME | ($ | 571,509.42) |
| ADJUSTMENTS TO RECONCILE NET | | |
| INCOME TO NET CASH PROVIDED | | |
| BY OPERATING ACTIVITIES | | |
| NON-FACTORED RECEIVABLE | | (82,370.14) |
| INVENTORY | | (135,615.00) |
| ACCOUNTS PAYABLE | | 367,974.66 |
| DUE TO FACTOR - MEF AC 1490EG | | 267,020.90 |
| DUE TO FACTOR-MEF AC 22LN | | 32,897.24 |
| TOTAL ADJUSTMENTS | | 449,907.66 |
| **NET CASH PROVIDED BY OPERATIONS** | | **(121,601.76)** |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | |
| **USED FOR** | | |
| **NET CASH USED IN INVESTING** | | **0.00** |
| **CASH FLOWS FROM FINANCING ACTIVITIES** | | |
| PROCEEDS FROM | | |
| USED FOR | | |
| SBA PPP LOAN | | 115,114.00 |
| SBA EIDL - LOAN | | 150,000.00 |
| SBA EIDL - GRANT | | 6,000.00 |
| MEMBERS' CAPITAL | | (2,515.29) |
| NET CASH USED IN FINANCING | | 268,598.71 |
| **NET INCREASE <DECREASE> IN CASH** | **$** | **146,996.95** |
| **SUMMARY** | | |
| CASH BALANCE AT END OF PERIOD | $ | 149,780.95 |
| CASH BALANCE AT BEG OF PERIOD | | (2,784.00) |
| **NET INCREASE <DECREASE> IN CASH** | **$** | **146,996.95** |

BRANDED APPAREL GROUP LLC
BALANCE SHEET
SEPTEMBER 30, 2020

## ASSETS

CURRENT ASSETS

| | | |
|---|---:|---:|
| CHECKING - SIGNATURE X9223 | $ 3,177.51 | |
| ECOMMERCE - SIGNATURE X8622 | 63.81 | |
| WHOLESALE - SIGNATURE X8649 | (318.32) | |
| CHECKING - HSBC X2257 | 146,857.95 | |
| NON-FACTORED RECEIVABLE | 123,296.34 | |
| INVENTORY | 1,770,258.00 | |
| | | |
| TOTAL CURRENT ASSETS | | 2,043,335.29 |

PROPERTY AND EQUIPMENT

| | | |
|---|---:|---:|
| COMPUTER EQUIPMENT | 2,937.00 | |
| ACCUM. DEPR. - COMPUTERS | (1,305.00) | |
| LEASEHOLD IMPROVEMENT | 13,701.00 | |
| ACCUM. DEPR. - LHI | (1,855.00) | |
| FURNITURE & FIXTURES | 99,563.00 | |
| ACCUM. DEPR. F & F | (93,329.00) | |
| | | |
| TOTAL PROPERTY AND EQUIPMENT | | 19,712.00 |

OTHER ASSETS

| | | |
|---|---:|---:|
| SECURITY DEPOSIT | 2,309.00 | |
| | | |
| TOTAL OTHER ASSETS | | 2,309.00 |
| | | |
| TOTAL ASSETS | $ | 2,065,356.29 |

## LIABILITIES AND CAPITAL

CURRENT LIABILITIES

| | | |
|---|---:|---:|
| ACCOUNTS PAYABLE | $ 2,288,812.28 | |
| DUE TO FACTOR - MEF AC 1490EG | 2,287,728.46 | |
| DUE TO FACTOR-MEF AC 21LN | 1,300,000.00 | |
| DUE TO FACTOR-MEF AC 22LN | 950,190.93 | |
| SBA PPP LOAN | 115,114.00 | |
| SBA EIDL - LOAN | 150,000.00 | |
| SBA EIDL - GRANT | 6,000.00 | |
| | | |
| TOTAL CURRENT LIABILITIES | | 7,097,845.67 |

LONG-TERM LIABILITIES

| | | |
|---|---:|---:|
| TOTAL LONG-TERM LIABILITIES | | 0.00 |
| | | |
| TOTAL LIABILITIES | | 7,097,845.67 |

CAPITAL

| | | |
|---|---:|---:|
| MEMBERS' CAPITAL | (4,460,979.96) | |
| NET INCOME | (571,509.42) | |
| | | |
| TOTAL CAPITAL | | (5,032,489.38) |
| | | |
| TOTAL LIABILITIES & CAPITAL | $ | 2,065,356.29 |

EXTENSION GRANTED TO 09/15/20

Form **1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

OMB No. 1545-0123

For calendar year 2019, or tax year beginning _____, ending _____

▶ Go to www.irs.gov/Form1065 for instructions and the latest information.

**2019**

| | |
|---|---|
| **A** Principal business activity<br>DESIGN &<br>WHOLESALE | **D** Employer identification number<br>46-0578524 |
| **B** Principal product or service<br>MENS APPAREL | Name of partnership<br>BRANDED APPAREL GROUP LLC |
| **C** Business code number<br>424990 | Number, street, and room or suite no. If a P.O. box, see instructions.<br>141 WEST 36TH ST., 10TH FLOOR |

Type or Print

**E** Date business started
07/20/2012

City or town, state or province, country, and ZIP or foreign postal code
NEW YORK                        NY 10018

**F** Total assets
$ 1,662,134.

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 3

**J** Check if Schedules C and M-3 are attached ........................................................................ ▶ ☐

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

**Income**

| | | | |
|---|---|---|---|
| **1a** Gross receipts or sales | **1a** | 5,088,416. | |
| **b** Returns and allowances | **1b** | | |
| **c** Balance. Subtract line 1b from line 1a | | **1c** | 5,088,416. |
| **2** Cost of goods sold (attach Form 1125-A) | | **2** | 3,413,087. |
| **3** Gross profit. Subtract line 2 from line 1c | | **3** | 1,675,329. |
| **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | **4** | |
| **5** Net farm profit (loss) (attach Schedule F (Form 1040 or 1040-SR)) | | **5** | |
| **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **6** | |
| **7** Other income (loss) (attach statement) | | **7** | |
| **8** **Total income (loss).** Combine lines 3 through 7 | | **8** | 1,675,329. |

**Deductions** (see instructions for limitations)

| | | | |
|---|---|---|---|
| **9** Salaries and wages (other than to partners) (less employment credits) | | **9** | 387,339. |
| **10** Guaranteed payments to partners | | **10** | 240,232. |
| **11** Repairs and maintenance | | **11** | 5,536. |
| **12** Bad debts | | **12** | |
| **13** Rent | | **13** | 178,239. |
| **14** Taxes and licenses       SEE STATEMENT 1 | | **14** | 31,447. |
| **15** Interest (see instructions) | | **15** | 303,653. |
| **16a** Depreciation (if required, attach Form 4562) | **16a** | 10,397. | |
| **b** Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | | **16c** | 10,397. |
| **17** Depletion (**Do not deduct oil and gas depletion.**) | | **17** | |
| **18** Retirement plans, etc. | | **18** | |
| **19** Employee benefit programs | | **19** | 69,505. |
| **20** Other deductions (attach statement)       SEE STATEMENT 2 | | **20** | 1,245,082. |
| **21** Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | | **21** | 2,471,430. |
| **22** **Ordinary business income (loss).** Subtract line 21 from line 8 | | **22** | -796,101. |

**Tax and Payments**

| | | |
|---|---|---|
| **23** Interest due under the look-back method-completed long-term contracts (attach Form 8697) | **23** | |
| **24** Interest due under the look-back method-income forecast method (attach Form 8866) | **24** | |
| **25** BBA AAR imputed underpayment (see instructions) | **25** | |
| **26** Other taxes (see instructions) | **26** | |
| **27** **Total balance due.** Add lines 23 through 26 | **27** | |
| **28** Payment (see instructions) | **28** | |
| **29** **Amount owed.** If line 28 is smaller than line 27, enter amount owed | **29** | |
| **30** **Overpayment.** If line 28 is larger than line 27, enter overpayment | **30** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true,correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ _____
Signature of partner or limited liability company member

▶ _____
Date

May the IRS discuss this return with the preparer shown below?
See instr. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| MICHAEL SLOTOPOLSKY | MICHAEL SLOTOPOLSKY | 09/13/20 | | P00215062 |

Firm's name ▶ VISION FINANCIAL GROUP CPAS, LLP

Firm's EIN ▶ 20-0452969

Firm's address ▶ 1131 CAMPUS DRIVE WEST
MORGANVILLE, NJ 07751

Phone no. 732-536-5595

LHA **For Paperwork Reduction Act Notice, see separate instructions.**

911001 12-30-19

Form **1065** (2019)

Form 1065 (2019)    BRANDED APPAREL GROUP LLC                    46-0578524    Page **2**

## Schedule B    Other Information

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | | | | |
| **a** | ☐ Domestic general partnership | **b** | ☐ Domestic limited partnership | | | |
| **c** | ☒ Domestic limited liability company | **d** | ☐ Domestic limited liability partnership | | | |
| **e** | ☐ Foreign partnership | **f** | ☐ Other ▶ | | | |

| | | Yes | No |
|---|---|---|---|
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $ 1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2019, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ▶ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10 a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |

911011  12-30-19                                                    Form **1065** (2019)

09080913 133681 BR8524        2019.04020 BRANDED APPAREL GROUP LLC        BR8524_1

Form 1065 (2019)   BRANDED APPAREL GROUP LLC                     46-0578524   Page **3**

## Schedule B   Other Information *(continued)*

| | | Yes | No |
|---|---|---|---|
| **c** | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions ............ | | X |
| **11** | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ | | |
| **12** | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| **13** | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ▶ | | |
| **14** | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership ▶ | | X |
| **15** | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | |
| **16 a** | Did you make any payments in 2019 that would require you to file Form(s) 1099? See instructions ............ | | X |
| **b** | If "Yes," did you or will you file required Form(s) 1099? | | |
| **17** | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return ▶ | | |
| **18** | Enter the number of partners that are foreign governments under section 892 ▶ | | |
| **19** | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| **20** | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| **21** | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1T(b)(14)? | | X |
| **22** | During the tax year, did the partnership pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| **23** | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| **24** | Does the partnership satisfy one or more of the following? See instructions ............ | | X |
| **a** | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | |
| **c** | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| **25** | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ▶ _____ | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶ GARY JACOBS

| U.S. address of PR ▶ ███████████ | U.S. phone number of PR ▶ ██████████ |
|---|---|

If the PR is an entity, name of the designated individual for the PR ▶

| U.S. address of designated individual ▶ _____ | U.S. phone number of designated individual ▶ _____ |
|---|---|

| | | Yes | No |
|---|---|---|---|
| **26** | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? ............ | | X |
| | If "Yes," enter the amount from Form 8996, line 14 ▶ $ | | |
| **27** | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ............ | | |
| **28** | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | X |

Form **1065** (2019)

911021  12-30-19
3

Form 1065 (2019)   BRANDED APPAREL GROUP LLC                                46-0578524   Page **4**

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|

### Income (Loss)

| | | | |
|---|---|---|---|
| **1** | Ordinary business income (loss) (page 1, line 22) | **1** | −796,101. |
| **2** | Net rental real estate income (loss) (attach Form 8825) | **2** | |
| **3a** | Other gross rental income (loss) ... **3a** | | |
| **b** | Expenses from other rental activities (attach statement) ... **3b** | | |
| **c** | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| **4** | Guaranteed payments: **a** Services **4a** 240,232. **b** Capital **4b** | | |
| | **c** Total. Add lines 4a and 4b | **4c** | 240,232. |
| **5** | Interest income | **5** | |
| **6** | Dividends and dividend equivalents: **a** Ordinary dividends | **6a** | |
| | **b** Qualified dividends **6b** **c** Dividend equivalents **6c** | | |
| **7** | Royalties | **7** | |
| **8** | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| **9a** | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| **b** | Collectibles (28%) gain (loss) **9b** | | |
| **c** | Unrecaptured section 1250 gain (attach statement) **9c** | | |
| **10** | Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| **11** | Other income (loss) (see instructions) Type ▶ | **11** | |

### Deductions

| | | | |
|---|---|---|---|
| **12** | Section 179 deduction (attach Form 4562) | **12** | |
| **13a** | Contributions | **13a** | |
| **b** | Investment interest expense | **13b** | |
| **c** | Section 59(e)(2) expenditures: **(1)** Type ▶ ___ **(2)** Amount ▶ | **13c(2)** | |
| **d** | Other deductions (see instructions) Type ▶ | **13d** | |

### Self-Employment

| | | | |
|---|---|---|---|
| **14a** | Net earnings (loss) from self-employment | **14a** | −555,869. |
| **b** | Gross farming or fishing income | **14b** | |
| **c** | Gross nonfarm income | **14c** | 1,675,329. |

### Credits

| | | | |
|---|---|---|---|
| **15a** | Low-income housing credit (section 42(j)(5)) | **15a** | |
| **b** | Low-income housing credit (other) | **15b** | |
| **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| **d** | Other rental real estate credits (see instructions) Type ▶ | **15d** | |
| **e** | Other rental credits (see instructions) Type ▶ | **15e** | |
| **f** | Other credits (see instructions) Type ▶ | **15f** | |

### Foreign Transactions

| | | | |
|---|---|---|---|
| **16a** | Name of country or U.S. possession ▶ | | |
| **b** | Gross income from all sources | **16b** | |
| **c** | Gross income sourced at partner level | **16c** | |
| | Foreign gross income sourced at partnership level | | |
| **d** | Reserved for future use ▶ **e** Foreign branch category ▶ | **16e** | |
| **f** | Passive category ▶ **g** General category ▶ **h** Other ▶ | **16h** | |
| | Deductions allocated and apportioned at partner level | | |
| **i** | Interest expense ▶ **j** Other ▶ | **16j** | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| **k** | Reserved for future use ▶ **l** Foreign branch category ▶ | **16l** | |
| **m** | Passive category ▶ **n** General category ▶ **o** Other ▶ | **16o** | |
| **p** | Total foreign taxes (check one): Paid ☐ Accrued ☐ | **16p** | |
| **q** | Reduction in taxes available for credit (attach statement) | **16q** | |
| **r** | Other foreign tax information (attach statement) | | |

### Alternative Minimum Tax (AMT) Items

| | | | |
|---|---|---|---|
| **17a** | Post-1986 depreciation adjustment | **17a** | −2,013. |
| **b** | Adjusted gain or loss | **17b** | |
| **c** | Depletion (other than oil and gas) | **17c** | |
| **d** | Oil, gas, and geothermal properties - gross income | **17d** | |
| **e** | Oil, gas, and geothermal properties - deductions | **17e** | |
| **f** | Other AMT items (attach statement) | **17f** | |

### Other Information

| | | | |
|---|---|---|---|
| **18a** | Tax-exempt interest income | **18a** | |
| **b** | Other tax-exempt income | **18b** | |
| **c** | Nondeductible expenses                SEE STATEMENT 3 | **18c** | 52,616. |
| **19a** | Distributions of cash and marketable securities | **19a** | |
| **b** | Distributions of other property | **19b** | |
| **20a** | Investment income | **20a** | |
| **b** | Investment expenses | **20b** | |
| **c** | Other items and amounts (attach statement)          STMT 4 | | |

911041  12-30-19

Form 1065 (2019)   BRANDED APPAREL GROUP LLC   46-0578524   Page **5**

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p | | | | **1** | −555,869. |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| **a** | General partners | | | | | | |
| **b** | Limited partners | | −555,869. | | | | |

## Schedule L  Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| 1 Cash | | 4,564. | | 0. |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | 1,050,143. | | 1,634,643. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) | STATEMENT 5 | 2,309. | | 2,309. |
| 7a Loans to partners (or persons related to partners) | | | | |
| b Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | | | | |
| 9a Buildings and other depreciable assets | 119,339. | | 119,339. | |
| b Less accumulated depreciation | 83,760. | 35,579. | 94,157. | 25,182. |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach statement) | | | | |
| 14 Total assets | | 1,092,595. | | 1,662,134. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | 1,131,240. | | 1,920,293. |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach statement) | STATEMENT 6 | 3,569,102. | | 4,198,305. |
| 18 All nonrecourse loans | | | | |
| 19a Loans from partners (or persons related to partners) | | | | |
| b Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach statement) | | | | |
| 21 Partners' capital accounts | | −3,607,747. | | −4,456,464. |
| 22 Total liabilities and capital | | 1,092,595. | | 1,662,134. |

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | −848,717. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | |
| 3 | Guaranteed payments (other than health insurance) | 240,232. | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): | | a | Depreciation $ | |
| a | Depreciation $ | | 8 | Add lines 6 and 7 | |
| b | Travel and entertainment $ 52,616. | 52,616. | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | −555,869. |
| 5 | Add lines 1 through 4 | −555,869. | | | |

## Schedule M-2  Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | −3,607,747. | 6 | Distributions: a Cash | |
| 2 | Capital contributed: a Cash | | | b Property | |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) per books | −848,717. | | | |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | −4,456,464. | 9 | Balance at end of year. Subtract line 8 from line 5 | −4,456,464. |

911042  12-30-19

09080913 133681 BR8524          2019.04020 BRANDED APPAREL GROUP LLC          BR8524_1

Form **1065** (2019)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**

▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer Identification number |
|---|---|
| BRANDED APPAREL GROUP LLC | 46-0578524 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 1,050,143. |
| 2 | Purchases | 2 | 3,233,648. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)                SEE STATEMENT 8 | 5 | 763,939. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 5,047,730. |
| 7 | Inventory at end of year | 7 | 1,634,643. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 3,413,087. |

**9 a** Check all methods used for valuing closing inventory:

    (i)  ☐ Cost

    (ii)  ☒ Lower of cost or market

    (iii)  ☐ Other (Specify method used and attach explanation) ▶ _____

  **b** Check if there was a writedown of subnormal goods ▶ ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d | |

  **e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ☐ Yes ☒ No

  **f** Were there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☒ No

    If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

924441
04-01-19    LHA

**2019 DEPRECIATION AND AMORTIZATION REPORT**

BRANDED APPAREL GROUP LLC                                          OTHER      1

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | COMPUTER | 06/01/14 | SL | 3.00 | | 16 | 1,305. | | | | 1,305. | 1,305. | | 0. | 1,305. |
| 12 | COMPUTER | 10/31/15 | SL | 3.00 | | 16 | 1,632. | | | | 1,632. | | | 0. | |
| | * OTHER TOTAL OTHER | | | | | | 2,937. | | | | 2,937. | 1,305. | | 0. | 1,305. |
| | BUILDINGS | | | | | | | | | | | | | | |
| 2 | LEASEHOLD IMPROVEMENTS | 01/01/13 | SL | 39.00 | | 16 | 5,625. | | | | 5,625. | 930. | | 144. | 1,074. |
| 3 | LEASEHOLD IMPROVEMENTS | 06/01/14 | SL | 39.00 | | 16 | 705. | | | | 705. | 90. | | 18. | 108. |
| 8 | LEASEHOLD IMPROVEMENTS | 01/01/16 | SL | 39.00 | | 16 | 2,800. | | | | 2,800. | 216. | | 72. | 288. |
| 9 | LEASEHOLD IMPROVEMENTS | 08/08/16 | SL | 39.00 | | 16 | 625. | | | | 625. | 39. | | 16. | 55. |
| 10 | LEASEHOLD IMPROVEMENTS | 09/01/16 | SL | 39.00 | | 16 | 2,972. | | | | 2,972. | 177. | | 76. | 253. |
| 11 | LEASEHOLD IMPROVEMENTS | 12/09/16 | SL | 39.00 | | 16 | 974. | | | | 974. | 52. | | 25. | 77. |
| | * OTHER TOTAL BUILDINGS | | | | | | 13,701. | | | | 13,701. | 1,504. | | 351. | 1,855. |
| | FURNITURE & FIXTURES | | | | | | | | | | | | | | |
| 1 | FURNITURE | 01/01/13 | 200DB | 7.00 | HY | 17 | 95,650. | | | | 95,650. | 81,490. | | 9,440. | 90,930. |
| 5 | FURNITURE | 05/31/15 | 200DB | 7.00 | HY | 17 | 1,619. | | | | 1,619. | | | 463. | 463. |
| 6 | FURNITURE | 07/07/16 | 200DB | 7.00 | HY | 17 | 500. | | | 250. | 250. | 141. | | 31. | 172. |
| 7 | FURNITURE | 07/13/16 | 200DB | 7.00 | HY | 17 | 1,794. | | | 897. | 897. | 505. | | 112. | 617. |
| | * OTHER TOTAL FURNITURE & FIXTURES | | | | | | 99,563. | | | 1,147. | 98,416. | 82,136. | | 10,046. | 92,182. |
| | * GRAND TOTAL OTHER DEPRECIATION | | | | | | 116,201. | | | 1,147. | 115,054. | 84,945. | | 10,397. | 95,342. |

928111 04-01-19

(D) · Asset disposed                                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

6.1

## Worksheet for Figuring Net Earnings (Loss) From Self-Employment

| Name of partnership | | | Employer identification number |
|---|---|---|---|
| BRANDED APPAREL GROUP LLC | | | 46-0578524 |

| | | | |
|---|---|---|---|
| **1 a** Ordinary income (loss) (Schedule K, line 1) | **1a** | -796,101. | |
| **b** Net income (loss) from **CERTAIN** rental real estate activities | **1b** | | |
| **c** Net income (loss) from other rental activities (Schedule K, line 3c) | **1c** | | |
| **d** Net loss from Form 4797, Part II, line 17, included on line 1a above. Enter as a positive amount | **1d** | | |
| **e** Other additions | **1e** | | |
| **f** Combine lines 1a through 1e | **1f** | -796,101. | |
| **2 a** Net gain from Form 4797, Part II, line 17, included on line 1a above | **2a** | | |
| **b** Other subtractions | **2b** | | |
| **c** Add lines 2a and 2b | **2c** | | |
| **3 a** Subtract line 2c from line 1f. If line 1f is a loss, increase the loss on line 1f by the amount on line 2c | **3a** | -796,101. | |
| **b** Part of line 3a allocated to limited partners, estates, trusts, corporations, exempt organizations, and IRAs | **3b** | | |
| **c** Subtract line 3b from line 3a | **3c** | | -796,101. |
| **4 a** Guaranteed payments to partners (Schedule K, line 4a) derived from a trade or business as defined in section 1402(c) | **4a** | 240,232. | |
| **b** Part of line 4a allocated to individual limited partners for **other than** services and to estates, trusts, corporations, exempt organizations, and IRAs | **4b** | | |
| **c** Subtract line 4b from line 4a | **4c** | | 240,232. |
| **5** Net earnings (loss) from self-employment. Combine lines 3c and 4c. Enter here and on Schedule K, line 14a | **5** | | -555,869. |

912161
12-30-19

6.2

BRANDED APPAREL GROUP LLC

## Qualified Business Income (Section 199A)

46-0578524

| SSTB | PTP | Description | EIN | Ordinary Business Income (Loss) | Rental Income (Loss) | Royalty Income (Loss) | Section 1231 Gain (Loss) | Other Income (Loss) | Section 179 Deduction |
|---|---|---|---|---|---|---|---|---|---|
| | | BRANDED APPAREL GROUP LLC | | -796,101. | | | | | |
| | | TOTAL | | -796,101. | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| SSTB | PTP | Description | Charitable Contributions | Other Deductions | W-2 Wages | Unadjusted Basis of Assets | Cooperative Qualified Business Income | Cooperative W-2 Wages | Reserved |
|---|---|---|---|---|---|---|---|---|---|
| | | BRANDED APPAREL GROUP LLC | | | 387,339. | 116,201. | | | |
| | | TOTAL | | | 387,339. | 116,201. | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Qualified REIT dividends ..................................................... _____

6.3

914821 12-19-19

BRANDED APPAREL GROUP LLC                                                46-0578524

---

FORM 1065                        TAX EXPENSE                      STATEMENT    1

---

| DESCRIPTION | AMOUNT |
|---|---|
| PAYROLL TAXES | 31,447. |
| TOTAL TO FORM 1065, LINE 14 | 31,447. |

---

FORM 1065                     OTHER DEDUCTIONS                    STATEMENT    2

---

| DESCRIPTION | AMOUNT |
|---|---|
| ADVERTISING | 23,579. |
| BANK AND CREDIT CARD FEES | 26,652. |
| DUES AND SUBSCRIPTIONS | 2,841. |
| EDI EXPENSE | 4,925. |
| FACTOR COMMISSIONS | 64,125. |
| FACTOR FEES | 13,507. |
| FILING FEES | 2,940. |
| GIFTS | 227. |
| INSURANCE | 28,721. |
| MEALS | 52,617. |
| MISCELLANEOUS AND SUNDRY | 5,008. |
| MODELING AND PHOT | 18,471. |
| OFFICE EXPENSE | 41,519. |
| OUTSIDE SERVICES | 37,987. |
| PAYROLL SERVICES | 16,860. |
| POSTAGE AND DELIVERY | 69,247. |
| PROFESSIONAL FEES | 62,612. |
| ROYALTY EXPENSE | 101,768. |
| SAMPLES | 107,414. |
| SHOWROOM | 375. |
| TELEPHONE | 20,597. |
| TRAVEL | 167,984. |
| WAREHOUSING AND BACK OFFICE | 364,811. |
| WEBSITE | 10,295. |
| TOTAL TO FORM 1065, LINE 20 | 1,245,082. |

BRANDED APPAREL GROUP LLC                                           46-0578524

---

| SCHEDULE K | NONDEDUCTIBLE EXPENSE | STATEMENT | 3 |

---

| DESCRIPTION | AMOUNT |
|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 52,616. |
| TOTAL TO SCHEDULE K, LINE 18C | 52,616. |

---

| SCHEDULE K | OTHER ITEMS | STATEMENT | 4 |

---

| DESCRIPTION | AMOUNT |
|---|---|
| SECTION 199A - ORDINARY INCOME (LOSS) | -796,101. |
| SECTION 199A W-2 WAGES | 387,339. |
| SECTION 199A UNADJUSTED BASIS OF ASSETS | 116,201. |

---

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT | 5 |

---

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| SECURITY DEPOSITS | 2,309. | 2,309. |
| TOTAL TO SCHEDULE L, LINE 6 | 2,309. | 2,309. |

---

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT | 6 |

---

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE TO FACTOR | 3,569,102. | 4,197,079. |
| SIGNATURE BANK LOAN | | 1,226. |
| TOTAL TO SCHEDULE L, LINE 17 | 3,569,102. | 4,198,305. |

BRANDED APPAREL GROUP LLC                                                    46-0578524

---

FORM 1065                    PARTNERS' CAPITAL ACCOUNT SUMMARY              STATEMENT    7

| PARTNER NUMBER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M-2 LNS 3, 4 & 7 | WITH-DRAWALS | ENDING CAPITAL |
|---|---|---|---|---|---|
| 1 | -1,278,064. | | -288,563. | | -1,566,627. |
| 2 | -1,078,292. | | -280,078. | | -1,358,370. |
| 3 | -1,251,391. | | -280,076. | | -1,531,467. |
| TOTAL | -3,607,747. | | -848,717. | | -4,456,464. |

FORM 1125-A                    OTHER COSTS                    STATEMENT    8

| DESCRIPTION | AMOUNT |
|---|---|
| CUSTOMS BROKER FEES | 6,954. |
| DUTY AND FREIGHT | 703,621. |
| SUPPLIES | 53,364. |
| TOTAL TO LINE 5 | 763,939. |

**ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT**

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | Regular Depreciation | AMT Depreciation | AMT Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 2 | LEASEHOLD IMPROVEMENTS | 01 01 13 | | 39.00 | 5,625. | 432. | 144. | 144. | 0. |
| 3 | LEASEHOLD IMPROVEMENTS | 06 01 14 | | 39.00 | 705. | 54. | 18. | 18. | 0. |
| 8 | LEASEHOLD IMPROVEMENTS | 01 01 16 | | 39.00 | 2,800. | 216. | 72. | 72. | 0. |
| 9 | LEASEHOLD IMPROVEMENTS | 08 08 16 | | 39.00 | 625. | 39. | 16. | 16. | 0. |
| 10 | LEASEHOLD IMPROVEMENTS | 09 01 16 | | 39.00 | 2,972. | 177. | 76. | 76. | 0. |
| 11 | LEASEHOLD IMPROVEMENTS | 12 09 16 | | 39.00 | 974. | 52. | 25. | 25. | 0. |
| 1 | FURNITURE | 01 01 13 | 150DB | 7.00 | 95,650. | 78,075. | 9,440. | 11,717. | -2,277. |
| 5 | FURNITURE | 05 31 15 | 150DB | 7.00 | 1,619. | 924. | 463. | 199. | 264. |
| 6 | FURNITURE | 07 07 16 | 200DB | 7.00 | 500. | 141. | 31. | 31. | 0. |
| 7 | FURNITURE | 07 13 16 | 200DB | 7.00 | 1,794. | 505. | 112. | 112. | 0. |
| | TOTALS | | | | 113,264. | 80,615. | 10,397. | 12,410. | -2,013. |
| | MACRS AMT ADJUSTMENT | | | | | | | -2,013. | |

928104
04-01-19

**2019 DEPRECIATION AND AMORTIZATION REPORT**

### – CURRENT YEAR FEDERAL –   BRANDED APPAREL GROUP LLC

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | COMPUTER | 060114 | SL | 3.00 | 16 | 1,305. | | | 1,305. | 1,305. | | 0. |
| 12 | COMPUTER | 103115 | SL | 3.00 | 16 | 1,632. | | | 1,632. | | | 0. |
| | * OTHER TOTAL OTHER | | | | | 2,937. | | | 2,937. | 1,305. | | 0. |
| | BUILDINGS | | | | | | | | | | | |
| 2 | LEASEHOLD IMPROVEMENTS | 010113 | SL | 39.00 | 16 | 5,625. | | | 5,625. | 930. | | 144. |
| 3 | LEASEHOLD IMPROVEMENTS | 060114 | SL | 39.00 | 16 | 705. | | | 705. | 90. | | 18. |
| 8 | LEASEHOLD IMPROVEMENTS | 010116 | SL | 39.00 | 16 | 2,800. | | | 2,800. | 216. | | 72. |
| 9 | LEASEHOLD IMPROVEMENTS | 080816 | SL | 39.00 | 16 | 625. | | | 625. | 39. | | 16. |
| 10 | LEASEHOLD IMPROVEMENTS | 090116 | SL | 39.00 | 16 | 2,972. | | | 2,972. | 177. | | 76. |
| 11 | LEASEHOLD IMPROVEMENTS | 120916 | SL | 39.00 | 16 | 974. | | | 974. | 52. | | 25. |
| | * OTHER TOTAL BUILDINGS | | | | | 13,701. | | | 13,701. | 1,504. | | 351. |
| | FURNITURE & FIXTURES | | | | | | | | | | | |
| 1 | FURNITURE | 010113 | 200DB | 7.00 | 17 | 95,650. | | | 95,650. | 81,490. | | 9,440. |
| 5 | FURNITURE | 053115 | 200DB | 7.00 | 17 | 1,619. | | | 1,619. | | | 463. |
| 6 | FURNITURE | 070716 | 200DB | 7.00 | 17 | 500. | | 250. | 250. | 141. | | 31. |
| 7 | FURNITURE | 071316 | 200DB | 7.00 | 17 | 1,794. | | 897. | 897. | 505. | | 112. |
| | * OTHER TOTAL FURNITURE & FIXTURE | | | | | 99,563. | | 1,147. | 98,416. | 82,136. | | 10,046. |
| | * GRAND TOTAL OTHER DEPRECIATION | | | | | 116,201. | | 1,147. | 115,054. | 84,945. | | 10,397. |

928102  04-01-19

(D) · Asset disposed                    * ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

**2020 DEPRECIATION AND AMORTIZATION REPORT**

- NEXT YEAR FEDERAL -    BRANDED APPAREL GROUP LLC

| Asset No. | Description | Date Acquired | Method | Life | Unadjusted Cost Or Basis | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 4 | COMPUTER | 060114 | SL | 3.00 | 1,305. | | 1,305. | 1,305. | 0. |
| 12 | COMPUTER | 103115 | SL | 3.00 | 1,632. | | 1,632. | | 0. |
| * | OTHER TOTAL OTHER | | | | 2,937. | 0. | 2,937. | 1,305. | 0. |
| | BUILDINGS | | | | | | | | |
| 2 | LEASEHOLD IMPROVEMENTS | 010113 | SL | 39.00 | 5,625. | | 5,625. | 1,074. | 144. |
| | AMT DEPRECIATION | | SL | 39.00 | | | | 576. | 144. |
| 3 | LEASEHOLD IMPROVEMENTS | 060114 | SL | 39.00 | 705. | | 705. | 108. | 18. |
| | AMT DEPRECIATION | | SL | 39.00 | | | | 72. | 18. |
| 8 | LEASEHOLD IMPROVEMENTS | 010116 | SL | 39.00 | 2,800. | | 2,800. | 288. | 72. |
| | AMT DEPRECIATION | | SL | 39.00 | | | | 288. | 72. |
| 9 | LEASEHOLD IMPROVEMENTS | 080816 | SL | 39.00 | 625. | | 625. | 55. | 16. |
| | AMT DEPRECIATION | | SL | 39.00 | | | | 55. | 16. |
| 10 | LEASEHOLD IMPROVEMENTS | 090116 | SL | 39.00 | 2,972. | | 2,972. | 253. | 76. |
| | AMT DEPRECIATION | | SL | 39.00 | | | | 253. | 76. |
| 11 | LEASEHOLD IMPROVEMENTS | 120916 | SL | 39.00 | 974. | | 974. | 77. | 25. |
| | AMT DEPRECIATION | | SL | 39.00 | | | | 77. | 25. |
| * | OTHER TOTAL BUILDINGS | | | | 13,701. | 0. | 13,701. | 1,855. | 351. |

(D) - Asset disposed          * ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction, GO Zone

928103  04-01-19

**2020 DEPRECIATION AND AMORTIZATION REPORT**

- NEXT YEAR FEDERAL -   BRANDED APPAREL GROUP LLC

| Asset No. | Description | Date Acquired | Method | Life | Unadjusted Cost Or Basis | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| | FURNITURE & FIXTURES | | | | | | | | |
| 1 | FURNITURE | 010113 | 200DB | 7.00 | 95,650. | | 95,650. | 90,930. | 4,720. |
| | AMT DEPRECIATION | | 150DB | 7.00 | | | | 89,792. | 5,858. |
| 5 | FURNITURE | 053115 | 200DB | 7.00 | 1,619. | | 1,619. | 463. | 462. |
| | AMT DEPRECIATION | | 150DB | 7.00 | | | | 1,123. | 198. |
| 6 | FURNITURE | 070716 | 200DB | 7.00 | 500. | 250. | 250. | 172. | 22. |
| | AMT DEPRECIATION | | 200DB | 7.00 | | | | 172. | 22. |
| 7 | FURNITURE | 071316 | 200DB | 7.00 | 1,794. | 897. | 897. | 617. | 80. |
| | AMT DEPRECIATION | | 200DB | 7.00 | | | | 617. | 80. |
| * | OTHER TOTAL FURNITURE & FIXTURES | | | | 99,563. | 1,147. | 98,416. | 92,182. | 5,284. |
| * | GRAND TOTAL OTHER DEPRECIATION | | | | 116,201. | 1,147. | 115,054. | 95,342. | 5,635. |
| | AMT DEPRECIATION | | | | 113,264. | | 112,117. | 93,025. | 6,509. |

928103  04-01-19

(D) - Asset disposed          * ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction, GO Zone

**2019 DEPRECIATION AND AMORTIZATION REPORT**

### – CURRENT YEAR STATE –        BRANDED APPAREL GROUP LLC

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | COMPUTER | 060114 | SL | 3.00 | 16 | 1,305. | | | 1,305. | 1,305. | | 0. |
| 12 | COMPUTER | 103115 | SL | 3.00 | 16 | 1,632. | | | 1,632. | | | 0. |
| | * OTHER TOTAL OTHER | | | | | 2,937. | | | 2,937. | 1,305. | | 0. |
| | BUILDINGS | | | | | | | | | | | |
| 2 | LEASEHOLD IMPROVEMENTS | 010113 | SL | 39.00 | 16 | 5,625. | | | 5,625. | 930. | | 144. |
| 3 | LEASEHOLD IMPROVEMENTS | 060114 | SL | 39.00 | 16 | 705. | | | 705. | 90. | | 18. |
| 8 | LEASEHOLD IMPROVEMENTS | 010116 | SL | 39.00 | 16 | 2,800. | | | 2,800. | 216. | | 72. |
| 9 | LEASEHOLD IMPROVEMENTS | 080816 | SL | 39.00 | 16 | 625. | | | 625. | 39. | | 16. |
| 10 | LEASEHOLD IMPROVEMENTS | 090116 | SL | 39.00 | 16 | 2,972. | | | 2,972. | 177. | | 76. |
| 11 | LEASEHOLD IMPROVEMENTS | 120916 | SL | 39.00 | 16 | 974. | | | 974. | 52. | | 25. |
| | * OTHER TOTAL BUILDINGS | | | | | 13,701. | | | 13,701. | 1,504. | | 351. |
| | FURNITURE & FIXTURES | | | | | | | | | | | |
| 1 | FURNITURE | 010113 | 200DB | 7.00 | 17 | 95,650. | | | 95,650. | 81,490. | | 9,440. |
| 5 | FURNITURE | 053115 | 200DB | 7.00 | 17 | 1,619. | | | 1,619. | | | 463. |
| 6 | FURNITURE | 070716 | 200DB | 7.00 | 17 | 500. | | | 500. | 281. | | 63. |
| 7 | FURNITURE | 071316 | 200DB | 7.00 | 17 | 1,794. | | | 1,794. | 1,010. | | 224. |
| | * OTHER TOTAL FURNITURE AND FIXTU | | | | | 99,563. | | | 99,563. | 82,781. | | 10,190. |
| | * GRAND TOTAL OTHER DEPR | | | | | 116,201. | | | 116,201. | 85,590. | | 10,541. |

928102  04-01-19                                    (D) · Asset disposed                          * ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

**2019 DEPRECIATION AND AMORTIZATION REPORT**

### – CURRENT YEAR STATE –        BRANDED APPAREL GROUP LLC

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TOTALS FOR NEW YORK | | | | | 116,201. | | | 116,201. | 85,590. | | 10,541. |
| 4 | COMPUTER | 060114 | SL | 3.00 | 16 | 1,305. | | | 1,305. | 1,305. | | 0. |
| 12 | COMPUTER | 103115 | SL | 3.00 | 16 | 1,632. | | | 1,632. | | | 0. |
| | * OTHER TOTAL OTHER | | | | | 2,937. | | | 2,937. | 1,305. | | 0. |
| | BUILDINGS | | | | | | | | | | | |
| 2 | LEASEHOLD IMPROVEMENTS | 010113 | SL | 39.00 | 16 | 5,625. | | | 5,625. | 930. | | 144. |
| 3 | LEASEHOLD IMPROVEMENTS | 060114 | SL | 39.00 | 16 | 705. | | | 705. | 90. | | 18. |
| 8 | LEASEHOLD IMPROVEMENTS | 010116 | SL | 39.00 | 16 | 2,800. | | | 2,800. | 216. | | 72. |
| 9 | LEASEHOLD IMPROVEMENTS | 080816 | SL | 39.00 | 16 | 625. | | | 625. | 39. | | 16. |
| 10 | LEASEHOLD IMPROVEMENTS | 090116 | SL | 39.00 | 16 | 2,972. | | | 2,972. | 177. | | 76. |
| 11 | LEASEHOLD IMPROVEMENTS | 120916 | SL | 39.00 | 16 | 974. | | | 974. | 52. | | 25. |
| | * OTHER TOTAL BUILDINGS | | | | | 13,701. | | | 13,701. | 1,504. | | 351. |
| | FURNITURE & FIXTURES | | | | | | | | | | | |
| 1 | FURNITURE | 010113 | 200DB | 7.00 | 17 | 95,650. | | | 95,650. | 81,490. | | 9,440. |
| 5 | FURNITURE | 053115 | 200DB | 7.00 | 17 | 1,619. | | | 1,619. | | | 463. |
| 6 | FURNITURE | 070716 | 200DB | 7.00 | 17 | 500. | | | 500. | 281. | | 63. |
| 7 | FURNITURE | 071316 | 200DB | 7.00 | 17 | 1,794. | | | 1,794. | 1,010. | | 224. |
| | * OTHER TOTAL FURNITURE AND FIXTU | | | | | 99,563. | | | 99,563. | 82,781. | | 10,190. |

928102  04-01-19                                    (D) · Asset disposed                                    * ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

**2019 DEPRECIATION AND AMORTIZATION REPORT**

– CURRENT YEAR STATE – BRANDED APPAREL GROUP LLC

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Current Year Deduction |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | * GRAND TOTAL OTHER DEPR | | | | | 116,201. | | | 116,201. | 85,590. | | 10,541. |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

928102 04-01-19

(D) · Asset disposed                    * ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

**2020 DEPRECIATION AND AMORTIZATION REPORT**

- NEXT YEAR STATE -        BRANDED APPAREL GROUP LLC

| Asset No. | Description | Date Acquired | Method | Life | Unadjusted Cost Or Basis | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 4 | COMPUTER | 060114 | SL | 3.00 | 1,305. | | 1,305. | 1,305. | 0. |
| 12 | COMPUTER | 103115 | SL | 3.00 | 1,632. | | 1,632. | | 0. |
| | * OTHER TOTAL OTHER | | | | 2,937. | 0. | 2,937. | 1,305. | 0. |
| | BUILDINGS | | | | | | | | |
| 2 | LEASEHOLD IMPROVEMENTS | 010113 | SL | 39.00 | 5,625. | | 5,625. | 1,074. | 144. |
| 3 | LEASEHOLD IMPROVEMENTS | 060114 | SL | 39.00 | 705. | | 705. | 108. | 18. |
| 8 | LEASEHOLD IMPROVEMENTS | 010116 | SL | 39.00 | 2,800. | | 2,800. | 288. | 72. |
| 9 | LEASEHOLD IMPROVEMENTS | 080816 | SL | 39.00 | 625. | | 625. | 55. | 16. |
| 10 | LEASEHOLD IMPROVEMENTS | 090116 | SL | 39.00 | 2,972. | | 2,972. | 253. | 76. |
| 11 | LEASEHOLD IMPROVEMENTS | 120916 | SL | 39.00 | 974. | | 974. | 77. | 25. |
| | * OTHER TOTAL BUILDINGS | | | | 13,701. | 0. | 13,701. | 1,855. | 351. |
| | FURNITURE & FIXTURES | | | | | | | | |
| 1 | FURNITURE | 010113 | 200DB | 7.00 | 95,650. | | 95,650. | 90,930. | 4,720. |
| 5 | FURNITURE | 053115 | 200DB | 7.00 | 1,619. | | 1,619. | 463. | 462. |
| 6 | FURNITURE | 070716 | 200DB | 7.00 | 500. | | 500. | 344. | 45. |
| 7 | FURNITURE | 071316 | 200DB | 7.00 | 1,794. | | 1,794. | 1,234. | 160. |
| | * OTHER TOTAL FURNITURE AND FIXTURES | | | | 99,563. | 0. | 99,563. | 92,971. | 5,387. |
| | * GRAND TOTAL OTHER DEPR | | | | 116,201. | 0. | 116,201. | 96,131. | 5,738. |
| | TOTALS FOR NEW YORK | | | | 116,201. | 0. | 116,201. | 96,131. | 5,738. |
| 4 | COMPUTER | 060114 | SL | 3.00 | 1,305. | | 1,305. | 1,305. | 0. |
| 12 | COMPUTER | 103115 | SL | 3.00 | 1,632. | | 1,632. | | 0. |
| | * OTHER TOTAL OTHER | | | | 2,937. | 0. | 2,937. | 1,305. | 0. |
| | BUILDINGS | | | | | | | | |
| 2 | LEASEHOLD IMPROVEMENTS | 010113 | SL | 39.00 | 5,625. | | 5,625. | 1,074. | 144. |
| 3 | LEASEHOLD IMPROVEMENTS | 060114 | SL | 39.00 | 705. | | 705. | 108. | 18. |
| 8 | LEASEHOLD IMPROVEMENTS | 010116 | SL | 39.00 | 2,800. | | 2,800. | 288. | 72. |
| 9 | LEASEHOLD IMPROVEMENTS | 080816 | SL | 39.00 | 625. | | 625. | 55. | 16. |
| 10 | LEASEHOLD IMPROVEMENTS | 090116 | SL | 39.00 | 2,972. | | 2,972. | 253. | 76. |
| 11 | LEASEHOLD IMPROVEMENTS | 120916 | SL | 39.00 | 974. | | 974. | 77. | 25. |
| | * OTHER TOTAL BUILDINGS | | | | 13,701. | 0. | 13,701. | 1,855. | 351. |
| | FURNITURE & FIXTURES | | | | | | | | |
| 1 | FURNITURE | 010113 | 200DB | 7.00 | 95,650. | | 95,650. | 90,930. | 4,720. |
| 5 | FURNITURE | 053115 | 200DB | 7.00 | 1,619. | | 1,619. | 463. | 462. |
| 6 | FURNITURE | 070716 | 200DB | 7.00 | 500. | | 500. | 344. | 45. |

928103 04-01-19                                    (D) - Asset disposed        * ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction, GO Zone

**2020 DEPRECIATION AND AMORTIZATION REPORT**

## – NEXT YEAR STATE –        BRANDED APPAREL GROUP LLC

| Asset No. | Description | Date Acquired | Method | Life | Unadjusted Cost Or Basis | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 7 | FURNITURE | 071316 | 200DB | 7.00 | 1,794. | | 1,794. | 1,234. | 160. |
| * | OTHER TOTAL FURNITURE AND FIXTURES | | | | 99,563. | 0. | 99,563. | 92,971. | 5,387. |
| * | GRAND TOTAL OTHER DEPR | | | | 116,201. | 0. | 116,201. | 96,131. | 5,738. |

(D) - Asset disposed        * ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction, GO Zone

928103  04-01-19

DocuSign Envelope ID: 47A9790B-E374-430E-967B-32803A0D5E64

**BRANDED APPAREL GROUP LLC**
**(a Delaware limited liability company)**

**Unanimous Written Consent of the Members**
**in Lieu of a Meeting**

**October 29, 2020**

The undersigned, being all members (the "**Members**") of Branded Apparel Group LLC (the "**Company**"), do hereby consent to the following actions and adopt the following resolutions in accordance with Section 18-404(d) of the Limited Liability Company Act of the State of Delaware (the "**Act**"), the Company's Amended and Restated Limited Liability Company Agreement (as amended, the "**LLC Agreement**") and/or other organizational documents of the Company, and agree that said resolutions shall have the same force and effect as if duly adopted at a meeting of the Members held for that purpose.

**WHEREAS**, the Members have determined that it is desirable and in the best interests of the Company, their creditors, the Members, and other stakeholders generally that the Company file a petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

**WHEREAS**, JS Brands LLC ("**JS Brands**") has provided the Company with an indication of interest with respect to the its proposed purchase of certain assets and assumption of certain liabilities from the Company (the "**Acquired Assets**"), and JS Brands and the Company have negotiated a primary asset purchase agreement (the "**APA**") to govern the terms of such proposed purchase, subject to the receipt of a higher or otherwise better offer.

**WHEREAS**, the Members have reviewed the APA (together with each of the other certificates, documents, agreements, and schedules contemplated under the APA, as applicable, the "**APA Documents**"), and after due consideration and deliberation, determined that the transactions contemplated by the applicable APA Documents (the "**APA Transactions**") are advisable, fair to, and in the best interests of the Company, its members, creditors and other stakeholders.

**WHEREAS**, the sale to JS Brands is subject to the Company filing a motion (the "**Sale Motion**") with the Bankruptcy Court, seeking, among other things, approval of (a) an auction process (the "**Auction**") that will govern the marketing and sale of the Acquired Assets through certain bidding procedures (the "**Bidding Procedures**") to JS Brands, or another bidder with the highest or otherwise best offer (such bidder, the "**Successful Bidder**") and (b) JS Brands as the stalking horse bidder and certain related bid protections.

## Voluntary Petition Under the Provisions of
## Chapter 11 of the Bankruptcy Code

**BE IT RESOLVED**, that the Company is hereby authorized to file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code (the bankruptcy case commenced by such petition, being referred to as the "**Chapter 11 Case**");

**BE IT FURTHER RESOLVED**, that the Members and other officers of the Company (collectively, the "**Authorized Officers**") be, and each of them acting alone hereby is, authorized to execute and verify such petition of the Company in the name of the Company, as applicable, under chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in such form and at such time as the Authorized Officer executing such petition shall determine; and

**BE IT FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized to execute and file, or cause to be filed (or direct others to do so on their behalf as provided herein) with the Bankruptcy Court, on behalf of the Company, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other necessary papers or documents, including any amendments thereto, and, in connection therewith, to employ and retain all assistance by legal counsel, financial advisors, accountants, or other professionals and to take any and all actions that they deem necessary or proper to obtain such chapter 11 bankruptcy relief, and to take any necessary steps to coordinate and effectuate the Chapter 11 Case.

## Stalking Horse Asset Purchase Agreement

**BE IT RESOLVED**, that it is advisable, fair to, and in the best interests of the Company and its Members, creditors, and other stakeholders to enter into the applicable APA Transactions;

**BE IT RESOLVED**, that the form, terms and provisions of the applicable APA Documents, substantially in the form presented to the Members, are hereby authorized and approved;

**BE IT RESOLVED**, that the Company is authorized to enter into the applicable APA Documents with the buyer set forth therein for the sale of the Acquired Assets and to undertake any and all related transactions contemplated thereby, including the applicable APA Transactions, the Auction, and the bid protections on the terms contained therein or on such other terms and conditions as the Authorized Officers, or any of them, in their, his, or her sole discretion, determine to be necessary, appropriate or desirable;

**BE IT RESOLVED**, that the Authorized Officers of the Company be, and each of them acting alone hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Company to execute, on behalf of the Company, the applicable APA Documents and to execute and file, on behalf of the Company, the Sale Motion with the Bankruptcy Court.

**BE IT RESOLVED**, that the Authorized Officers of the Company be, and each of them acting alone hereby is, directed, and empowered in the name of, and on behalf of, the Company to conduct the Auction as approved by the Bankruptcy Court pursuant to the Sale Motion and Bidding Procedures and to negotiate, for and on behalf of the Company, such agreements, documents, assignments and instruments as may be necessary appropriate or desirable in connection with the sale to the JS or the Successful Bidder.

**BE IT RESOLVED**, that the Authorized Officers be, and each of them acting alone hereby is, authorized and directed, on behalf of and in the name of the Company, to employ the law firm of Kudman Trachten Aloe Posner LLP to represent and advise the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the rights and obligations of the Company, including filing any pleadings and conducting any potential sale process on behalf of the Company, in connection with the Chapter 11 Case, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case, and cause to be filed an appropriate application with the Bankruptcy Court for authority to retain the services of Kudman Trachten Aloe Posner LLP;

**BE IT FURTHER RESOLVED**, that the Authorized Officers be, and each of them acting alone hereby is, authorized and directed, on behalf of and in the name of the Company, to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 Case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary.

### General

**BE IT RESOLVED**, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code or in connection with the Chapter 11 Case in connection with such proceedings, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company;

**BE IT FURTHER RESOLVED**, that the Authorized Officers be, and each of them acting alone hereby is, authorized, empowered, and directed, on behalf of and in the name of the Company, to cause the Company to take any action as in the judgment of such Authorized Officer shall be or become necessary, proper, and desirable to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions;

**BE IT FURTHER RESOLVED**, that the Authorized Officers be, and each of them acting alone hereby is, authorized, empowered, and directed, on behalf of and in the name of the Company, to cause the Company to enter into, execute, deliver, certify, file, and/or record and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates, or other documents, to incur all such fees and expenses and to take such other action, as in the judgment of such Authorized Officer shall be or

DocuSign Envelope ID: 47AD790B-E374-430F-9F7B-3280234D5F64

DocuSign Envelope ID: 17A9790B-E374-430F-967B-32802B4D5F64

become necessary, proper and desirable to prosecute to a successful completion of the Chapter 11 Case, and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions;

**BE IT FURTHER RESOLVED**, that the Authorized Officers be, and each of them acting alone hereby is, authorized and empowered, on behalf of and in the name of the Company, to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions; and

**BE IT FURTHER RESOLVED**, that all acts, actions, and transactions that are consistent with the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

The actions taken by this consent shall have the same force and effect as if taken at a meeting of the Members, duly called and constituted, pursuant to the LLC Agreement and Section 18- 404 of the Act. Any facsimile or other electronic signature of the Members to these resolutions shall be fully effective as an original signature hereto. Upon execution of these resolutions, the undersigned hereby directs that these resolutions be filed in the Company's minute book.

**IN WITNESS WHEREOF**, the undersigned have duly executed this Unanimous Written Consent as of the first date written above.

DocuSigned by:

*Gary Jacobs*

E0CD159FD55B49A...

Gary Jacobs

DocuSigned by:

*Jason Jacobs*

6A42C4ABA599494...

Jason Jacobs

DocuSigned by:

76E2CA4692214CF...

Jeffrey Jacobs

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| BRANDED APPAREL GROUP LLC,[1] | Case No. 20- |
| Debtor. | (Subchapter V) |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, and to enable the Judges to evaluate possible disqualification or recusal, the undersigned proposed counsel for Branded Apparel Group LLC (a private non-governmental party) certifies that no corporation directly or indirectly owns 10% or more of any class of the company's equity interests.

Dated: New York, New York
October 29, 2020

By:    */s/ David N. Saponara*
Paul H. Aloe
David N. Saponara
KUDMAN TRACHTEN ALOE POSNER LLP
800 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 868-1010
Fax: (212) 868-0013
Email: paloe@kudmanlaw.com
        dsaponara@kudmanlaw.com

*Proposed Counsel to the Debtor*
*and Debtor-in-Possession*

---

[1] The last four digits of the Debtor's federal tax identification number is 8524. The location of the Debtor's service address is: 141 West 36th Street, 10th Fl., New York, NY 10018.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| BRANDED APPAREL GROUP LLC,[1] | Case No. 20- |
| Debtor. | (Subchapter V) |

### Corporate Disclosure Statement Pursuant to Rule 1007(a)(3)

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this Chapter 11 Case.

| Name and last known address or place of business of holder | Security Class | % Interest | Kind of Interest |
|---|---|---|---|
| Gary Jacobs<br>141 West 36th Street, 10th Fl.<br>New York, NY 10018 | N/A | 34% | Membership Interest |
| Jason Jacobs<br>141 West 36th Street, 10th Fl<br>New York, NY 10018 | N/A | 33% | Membership Interest |
| Jeffrey Jacobs<br>141 West 36th Street, 10th Fl.<br>New York, NY 10018 | N/A | 33% | Membership Interest |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF
CORPORATION OR PARTNERSHIP

I, Gary Jacobs, a member of the limited liability company named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Dated: October 29, 2020

/s/ Gary Jacobs
_____

---

[1] The last four digits of the Debtor's federal tax identification number is 8524. The location of the Debtor's service address is: 141 West 36th Street, 10th Fl., New York, NY 10018.

360 Solutions Inc.
45 West 34th Street
Suite 1001
New York, NY 10001


Amethyst Suits Private Ltd.
Thippanur Road St., Pannimadai Village
Coimbatore-641017
Tamilnadu, India,


Aries Global Logistics, Inc.
365 Franklin Avenue
Franklin Square, NY 11010


Atlantic Tomorrow's Office
134 West 26th Street
New York, NY 10001


BLR Knits Pvt. Ltd.
7th Mile, Hosur Road
Near Kadlu Gate
Bangalore, India, 560068


Continental Casualty Company
333 South Wabash
Chicago, IL 60604


De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087


DHL Express USA Inc.
16416 Northchase Drive
Houston, TX 77060

DiCentral Corp.
1199 Nasa Parkway, Suite 101
Houston, TX 77058


Exenta, Inc.
8 West 38th Street
New York, NY 10018


Expeditors Hawthorne
12200 Wilkie Avenue, Suite 100
Hawthorne, CA 90250


Fedex Corporate Services Inc.
C/o Taroff & Taitz, LLP
630 Johnson Avenue, Suite 105
Bohemia, NY 11716


Ford Models, Inc.
11 East 26th Street
14th Floor
New York, NY 10010


Gary Jacobs
141 West 36th Street, 10th Fl.
New York, NY 10018


GXS Inc.
29144 Network Place
Chicago, IL 60673


Hangzhou Xiaoran Import & Export Co. Ltd.
10F Ludu World Trade Center Sq.
819 Shixinzhonglu
Ziaoshan, Shangzhou, Zhejiang, China,

Hanover Insurance Company
440 Lincoln Street
Worcester, MA 01653


Insight Partners, LLC
16 East 40th Street
Suite 804
New York, NY 10016


InterTrade Systems Inc.
c/o T65036U
P.O. Box 55811
Boston, MA 02205


Jiangsu Sainty Corp., Ltd.
3F, Building B, 21 Software Avenue
Nanjing, China


KJ Socks & Inc.
D-401, 700 Pangyo-Ro, Bundang-Gu
Seongnam-Shi, Gyeonggi-Do
Korea, Republic of South Korea, 13516


Larry Nessenson, Esq.
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016


Major Model Management Inc.
344 West 38th Street
Suite 602
New York, NY 10018


Merchant Factors Corp.
1441 Broadway, 22nd Floor
New York, NY 10018

Montage Fulfillment, LLC
2602 East 37th Street
Los Angeles, CA 90058


Ningbo China-Base Landhau
Foreign Trade Co., Ltd.
Room 2001-2002, No. 666 Tiantong South R
Yinzhou District, Ningbo, China,


Orient International Holding Shanghai
Knitwear Imp. & Exp. Co. Ltd.
Room 306, #2 East Jingling Road
Shanghai, China,


Palomera Trucking
7319 Walnut Avenue
Paramount, CA 90723


Profits Fund Fashion Manufacturing Ltd.
23/F., Tower 1, Ever Gain Plaza
88 Container Port Road
Kwai Chung, N.T., Hong Kong,


Qima Ltd.
5/F, Dah Sing Life Building
99-105 Des Voeux Road
Central, Hong Kong,


Regentex Apparel Limited
Room 1501, No.252 Tianda Lijing Plaza
Ningbo, Zhejiang, China


Ridgewood Press
609 Franklin Turnpike
Ridgewood, NJ 07450

S&S IP Holdings Ltd.
19/F, Lee Garden One
33 Hysan Ave,
Causeway Bay, Hong Kong,


S&S IP Holdings Ltd.
c/o Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016


Sewing Collection
3113 E. 26th Street
Los Angeles, CA 90058


Signature Bank
565 Fifth Avenue
12th Floor
New York, NY 10017


Silver Jachs Inc.
12 West 36th Street
11th Floor
New York, NY 10018


Small Business Administration
409 3rd St, SW.
Washington, DC 20416


Southwest Marine & General Ins.
150 Northwest Blvd.
Elk Grove Village, IL 60007


Supreme Showroom Inc.
C/o D. Clay Taylor, Esq.
7300 Metro Boulevard, Suite 350
Minneapolis, MN 55439

Susan Notarius
Brown & Joseph, LLC
One Pierce Place, Suite 700W
Itasca, IL 60143


Texport Industries Pvt Ltd.
154, 3rd Cross, 5th Main
Yeshwanthpur Indl Sub
Bangalore, India, 560022


Trinet Group, Inc.
One Park Place
Dublin, CA 94568


Troficolor Texteis SA
Rua Da Mabor, 117
4760-813, Lousado
B.N. Famalic, Portugal,


U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, DC 20229


Uline
Attn: Accounts Receivable
P.O. Box 88741
Chicago, IL 60680