**KLESTADT WINTERS JURELLER**
  **SOUTHARD & STEVENS, LLP**
200 W 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Ian Winters
Brendan Scott
Christopher Reilly

*Counsel to Creditor Merchant Factors Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                              :
                                                   :       Chapter 11
BRANDED APPAREL GROUP, LLC,                        :
                                                   :       Case No. 20-12552 (SCC)
                          Debtor.                  :
------------------------------------------------------------x

**NOTICE OF APPEARANCE**
**AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Klestadt Winters Jureller Southard & Stevens, LLP (the "Firm") hereby appears in the above-captioned case as counsel to creditor Merchant Factors Corp. (the "Creditor").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Fed. R. Bank. P. 2002 and 9007, demand is made that all notices given or required to be given, and all papers served or required to be served, be given and served upon the following:

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, New York 10036-7023
Attention:
Ian Winters
Brendan Scott
Christopher Reilly
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: iwinters@klestadt.com
bscott@klestadt.com
creilly@klestadt.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but, without limitation, all orders and notices of any application, motion, hearing, petition, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, facsimile, electronic mail or otherwise, which affect to seek to affect in any way any rights or interests of the Creditor.

Dated:   New York, New York
         October 30, 2020

                                          **KLESTADT WINTERS JURELLER
                                          SOUTHARD & STEVENS, LLP**

By:   */s/Christopher Reilly*
      Ian Winters
      Brendan Scott
      Christopher Reilly
      200 W. 41st Street, 17th Floor
      New York, New York 10036
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: iwinters@klestadt.com
             bscott@klestadt.com
             creilly@klestadt.com

      *Counsel to Creditor Merchant Factors Corp.*