Glenn P. Berger
JAFFE & ASHER LLP
445 Hamilton Avenue, Suite 405
White Plains, NY 10601
(212) 687-3000
Attorneys for S&S IP Holdings Limited

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                          Chapter 11

BRANDED APPAREL GROUP LLC,                                      Case No. 20-12552 (SCC)

                        Debtor.
---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to the Bankruptcy Code, Jaffe & Asher LLP, hereby appears on behalf of creditor, S&S IP Holdings Limited ("S&S").

**PLEASE TAKE FURTHER NOTICE** that S&S hereby requests pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, and §1109(b) of the Bankruptcy Code, that notice of any action taken or any motions filed by any other party-in-interest, including the Debtor, be sent to its undersigned counsel at the address set forth below:

>           JAFFE & ASHER LLP
>           445 Hamilton Avenue, Suite 405
>           White Plains, New York 10601
>           Attn: Glenn P. Berger, Esq.
>           Telephone: (212) 687-3000
>           Facsimile: (914) 437-8076
>           gberger@jaffeandasher.com

The foregoing request includes not only the notices and papers referred to in the Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, proposed sales, auction sales,

settlements and compromises, hearings, answering or reply papers, memoranda or briefs in support of the foregoing, whether formal or informal, whether written or oral and transmitted or conveyed in any manner, including notices required by Subdivision (a)(2), (3) and (7) of Bankruptcy Rule 2002, and any other documents brought in this Court with respect to these proceedings.

Dated:     White Plains, New York
           October 30, 2020

JAFFE & ASHER LLP
Attorneys for S&S IP Holdings Limited

By: */s/ Glenn P. Berger*
     Glenn P. Berger
445 Hamilton Avenue, Suite 405
White Plains, NY 10601
(212) 687-3000